1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 LINO PARRA,                          )   No.  EDCV 09-1586 JC
11                                      )
12     Plaintiff,                       )   [PROPOSED] ORDER AWARDING
                                        )   EAJA FEES
13     v.                               )
14                                      )
   MICHAEL J. ASTRUE,                   )
15 Commissioner Of Social Security,     )
16                                      )
       Defendant.                       )
17 _____

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00) subject to the
21 terms of the stipulation.
22     DATE:     November 30, 2010
23
                          _____/s/_____
24                        HON. JACQUELINE CHOOLJIAN
25                        UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-